People of the State of Illinois, Defendant in Error, v. Robert Allen, Plaintiff in Error, Gen. No. 41,108.

People of the State of Illinois, Defendant in Error, v. Ellis Greenberg, Plaintiff in Error, Gen. No. 41,109.

People of the State of Illinois, Defendant in Error, v. John Ramashla, Plaintiff in Error, Gen. No. 41,110.

Gen. Nos. 41,108, 41,109, 41,110.

opinion filed November 20, 1940. Isadore Goldstein and Lawrence E. Dowd, for plaintiff in error; Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Leo Poch, Assistant State's Attorneys, of counsel. Opinion by PRESIDING JUSTICE HEBEL. "Not to be published in full."